IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY PAUL DODSON                                                                           PETITIONER

VS.                              CASE NO. 5:07CV00080 WRW

LARRY NORRIS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that this court finds it appropriate to certify to the Arkansas Supreme Court, pursuant to Rule 6-8 of the Rules of the Supreme Court of the State of Arkansas, the question of whether a motion for a belated appeal, as provided for in Arkansas Criminal Appellate Rule 2(e), of a state circuit court's order denying relief under Rule 37 of the Arkansas Rules of Criminal Procedure is a part of the ordinary appellate review procedure under Arkansas law. A Certification Order and an Order administratively terminating this case will be entered simultaneously with this Order.

SO ORDERED this 8th day of November , 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE