```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   PINE BLUFF DIVISION
```

JOHNNY PAUL DODSON                                          PETITIONER

vs.              Civil Case No. 5:07CV00080 WRW

LARRY NORRIS, Director,
Arkansas Department of Correction                           RESPONDENT

### ORDER ADMINISTRATIVELY TERMINATING ACTION

Pursuant to the Proposed Findings and Recommendations, the Order adopting the Proposed Findings and Recommendations and the Certification Order entered in the above styled case, in which this matter was referred to the Arkansas Supreme Court for further review, the court finds that this matter should be administratively terminated pending resolution of the question of law referred to the Arkansas Supreme Court.

IT IS THEREFORE ORDERED that the Clerk shall administratively terminate this action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If no party has moved to reopen this litigation within thirty (30) days after the Arkansas Supreme Court declines to answer the question, or  within thirty (30) days after  the Arkansas Supreme

Court mandate is issued, then this Order shall be deemed a dismissal with prejudice of all claims made in this case.

SO ORDERED this 8th day of November, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE